Knickerbocker Trust Company, et al., Appellants, v. F. A. Ingalls, et al., Appellees.

(Supreme Court of Florida, *En Banc*, June Term, 1909.)

Macfarlane & Davis, for Appellants.

P. O. Knight, E. R. Gunby, F. M. Simonton, and Wilson & Boswell, for Appellees.

Circuit Court of Polk County;  J. B. Wall, Judge.

Appeal by appellants from an order in favor of appellees.  Appeal dismissed by order of court.